# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131481

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

RANDY MARLAN HAYNES,
        Defendant-Appellant.

SC: 131481
COA: 268710
Kent CC: 04-002654-FC

_____/

      On order of the Court, the application for leave to appeal the May 24, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

p1023

Clerk